PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888
Fax: (702) 366-1940

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

KEITH DALLURA, an individual;

Plaintiff,

vs.

HOST INTERNATIONAL, INC., a domestic limited liability company; LIZETTE LEVYA, an individual; DOES I through XX, inclusive; and ROE BUSINESS ENTITIES I through XX, inclusive,

Defendants.

Case No. 2-26-cv-3504-CDS-BNW

**PLAINTIFF'S MOTION TO WITHDRAW RAVI CHANDERRAJ, ESQ. AS HIS COUNSEL**

Pursuant to this Court's Local Rule IA 11-6, undersigned counsel requests the Court grant this Motion seeking the withdrawal of Ravi Chanderraj, Esq. as counsel for Plaintiff. In support of this Motion, Plaintiff relies upon the Memorandum of Points and Authorities below, the Declaration of Ravi Chanderraj filed herewith as "Exhibit A" and any additional argument the Court may require.

. . .

. . .

. . .



PAUL PADDA LAW, PLLC
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

PAUL PADDA LAW, PLLC
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

**MEMORANDUM OF POINTS AND AUTHORITIES**

This Court's Local Rule IA 11-6 provides that no attorney, once having appeared in a case, may withdraw without first filing a motion or stipulation and seeking court approval for withdrawal.

In this case, good cause exists to support the withdrawal of Ravi Chanderraj as counsel of record for Plaintiff. Mr. Chanderraj, who only appeared in this case during his period of employment with Paul Padda Law, PLLC, is no longer an employee of undersigned counsel's law firm. *See* Exhibit A. Mr. Chanderraj separated from Paul Padda Law in July of this year.

Should the Court grant this Motion, it will not affect Plaintiff's interests as undersigned counsel and his law firm will continue to represent his interests in this matter. Additionally, granting this Motion will not delay proceedings or otherwise delay trial in this matter.

In light of the foregoing, undersigned counsel requests that the Court grant this Motion seeking the withdrawal of Ravi Chanderraj.

Respectfully submitted,

/s/ Paul S. Padda

Paul S. Padda, Esq.

*Attorney for Plaintiff*

Dated: November 8, 2026

**IT IS SO ORDERED:**

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** November 9, 2026

PAUL PADDA LAW, PLLC
6605 Las Vegas Blvd. South, Suite 203
Las Vegas, Nevada 89119
Tele: (702) 366-1888 • Fax (702) 366-1940

**CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Civil Procedure, the undersigned hereby certifies that on this day, November 8, 2026, a true and correct copy of the foregoing **MOTION TO WITHDRAW RAVI CHANDERRAJ, ESQ. AS COUNSEL FOR PLAINTIFF** was filed with the Court and served, through the Court's electronic filing system, upon all parties and their respective counsel identified on the Court's e-service list.

/s/ *Paul S. Padda*

Paul S. Padda

# EXHIBIT A

## (Declaration of Ravi Chanderraj)

# DECLARATION OF RAVI CHANDERRAJ

I, Ravi Chanderraj, do hereby declare the following based upon my personal knowledge:

1. I am an attorney licensed to practice law in the state of Nevada. My Nevada bar license number is 17053.

2. I was previously employed by Paul Padda Law, PLLC but separated from the firm on July 2, 2026 in order to pursue the opportunity to establish my own law firm.

3. I am providing this Declaration for the purpose of assisting Paul Padda Law with facilitating my withdrawal and/or disassociation from any cases in which I was involved as an employee of Paul Padda Law. To that end, I hereby provide my consent for Paul Padda Law to execute on my behalf (using my electronic signature) any motion for withdrawal and/or disassociation.

4. I declare, under penalty of perjury, the foregoing is true and correct.

Ravi Chanderraj

Dated: July 2, 2026